

# Fourth Court of Appeals
## San Antonio, Texas

May 13, 2014

No. 04-12-00379-CR

Stephen **RICHARDSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR10629
Honorable Ray Olivarri, Judge Presiding

# O R D E R

Sitting:      Catherine Stone, Chief Justice
                Sandee Bryan Marion, Justice
                Patricia O. Alvarez, Justice

The panel has considered the motion for extension of time to file Appellant's pro se brief, and the motion is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of May, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court